### TAYLOR *v.* THE STATE.

COBB, J. While from the evidence taken as a whole it is probable that the entire truth of the transaction under investigation has not been disclosed, and the evidence is in some respects meager and unsatisfactory, there was uncontradicted evidence that the accused was the slayer, and there was some evidence to support a finding that he was guilty of murder. The discretion of the trial judge in refusing to grant a new trial will therefore not be interfered with.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Argued February 17, — Decided March 11, 1902.

Indictment for murder. Before Judge Felton. Houston superior court. January 24, 1902.

*Duncan & Duncan,* for plaintiff in error. *Boykin Wright, attorney-general,* and *William Brunson, solicitor-general,* contra.